**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

**JANE TURNER,**

    Plaintiff(s),

                            **CASE NO.    3:10-cv-186**

**-vs-**

                            **District Judge Timothy S. Black**

**COMMISSIONER OF SOCIAL SECURITY**
**ADMINISTRATION,**

    Defendant(s).

**JUDGMENT IN A CIVIL CASE**

[ ]  **Jury Verdict:** This action came before the Court for a trial by jury. The issues have been tried and the Jury has rendered its verdict.

[X]  **Decision by Court:** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered,

**IT IS ORDERED AND ADJUDGED:** the ALJ's Non-Disability Finding is Not Supported by Substantial Evidence, and it is **REVERSED**; this matter is **REMANDED** to the Administrative Law Judge under the Fourth Sentence of 42 U.S.C. § 405(g); and this case is **CLOSED**.

Date:  July 11, 2011                                        **JAMES BONINI, CLERK**

                                                           By: s/ M. Rogers
                                                           Deputy Clerk